**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DARREN BINES,**

 **Plaintiff,**

vs.            Case No. 4:17cv250-MW/CAS

**STATE OF FLORIDA,**

 **Defendant.**

_____/

## REPORT AND RECOMMENDATION

 Plaintiff, proceeding pro se, attempted to file a civil rights case in early June 2017.  However, Plaintiff did not pay the filing fee at the time he submitted his complaint, ECF No. 1, nor did Plaintiff file an in forma pauperis motion.  An Order was entered directing Plaintiff to do one or the other to proceed with this case, and his deadline for compliance was July 7, 2017.  ECF No. 3.  As of this date, Plaintiff has not complied.

 The prior Order advised Plaintiff that this case may be dismissed if he failed to comply.  ECF No. 3.  Having been so warned, it is now appropriate to dismiss this case for failure to prosecute pursuant to Rule 41(b).

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and comply with a Court Order pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on August 3, 2017.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**