# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**DARREN BINES,**

    **Plaintiff,**

v.                                          Case No. 4:17cv250-MW/CAS

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for Plaintiff's failure to prosecute and comply with a Court order pursuant to Federal Rule of Civil Procedure 41(b)." The Clerk shall close the file.

**SO ORDERED on August 29, 2017.**

                                                        s/Mark E. Walker           
                                                        **United States District Judge**